## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN CARINGELLO, individually
and on behalf all others similarly situated,

    Plaintiff,

vs.                                           Civil No. 8:22-cv-0503-KKM-CPT

FITNESS INTERNATIONAL, LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Steven Caringello and defendant Fitness International, LLC, by and through undersigned counsel and pursuant to Local Rule 3.09 and this Court's Case Management and Scheduling Order (Doc. 10), hereby notify the Court that the parties have reached an individual settlement in this case and are presently drafting and finalizing the settlement papers. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

| | |
|---|---|
| Dated: March 29, 2022 | Respectfully submitted, |
| EISENBAND LAW, P.A.<br>515 E. Las Olas Blvd., Suite 120<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 533-4092<br><br> *s/ Michael Eisenband* <br>Michael Eisenband<br>Florida Bar No. 030380<br>Email: MEisenband@Eisenbandlaw.com<br><br><br>HIRALDO P.A.<br>401 E. Las Olas Blvd., Suite 1400<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 400-4713<br><br>Manuel S. Hiraldo<br>Florida Bar No. 94235<br>Email: mhiraldo@hiraldolaw.com<br><br>*Counsel for Plaintiff*<br>*Steven Caringello* | WHITE & CASE LLP<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br> *s/ Sheldon A. Philp* <br>Sheldon A. Philp<br>Florida Bar No. 020123<br>Email: sphilp@whitecase.com<br><br>*Counsel for Defendant*<br>*Fitness International, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

                                             *s/ Sheldon A. Philp*
                                               Sheldon A. Philp