UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN CARINGELLO,

    Plaintiff,

v.                                               Case No. 8:22-cv-0503-KKM-CPT

FITNESS INTERNATIONAL, LLC,

    Defendant.
_____

## ORDER

    The parties notified the Court that they have settled this case. (Doc. 12.) Accordingly, the Court orders that this case is **dismissed without prejudice.** *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated form of final order or judgment or, upon good cause, move to reopen the action. After that 30-day period, dismissal shall be **with prejudice.** The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on March 29, 2022.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge